# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Christopher Collins,**

                    *Plaintiff*,                  Case No. 3:16-cv-478

v.                                              **District Judge Thomas M. Rose**
                                                    **Magistrate Judge Michael J. Newman**

**Nancy Berryhill,**

    **Acting Commissioner of Social Security,**

                    *Defendant*.

_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE MICHAEL J. NEWMAN (DOC. 12), OVERRULING DEFENDANT'S OBJECTIONS (DOC. 13), FINDING THE COMMISSIONER'S FINDING OF NON-DISABILITY TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE; AND TERMINATING THE INSTANT CASE.**

_____

This matter comes before the Court pursuant to Objections (Doc. 13) to the Report and Recommendations of Magistrate Judge Michael J. Newman (Doc. 12) recommending that the Court find the Commissioner's non-disability finding to be supported by substantial evidence and the case be terminated.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 13) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 12) in its entirety. The Court finds the Commissioner's non-disability finding to be supported by substantial evidence. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Monday, February 05, 2018.

                                                  **s/THOMAS M. ROSE**
                                                  _____

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE